IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rials, Bobbie J

Printed: 3/25/08

Case Number: 05 B 43084
Judge: Wedoff, Eugene R
Filed: 10/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 27, 2007
Confirmed: December 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,730.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 6,010.34 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,244.00 |
| Trustee Fee: |  | 443.59 |
| Other Funds: |  | 32.07 |
| Totals: | 8,730.00 | 8,730.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,244.00 | 2,244.00 |
| 2. | American General Finance | Unsecured | 305.48 | 86.87 |
| 3. | RoundUp Funding LLC | Unsecured | 2,999.03 | 852.84 |
| 4. | HSBC Bank USA | Unsecured | 1,361.14 | 387.07 |
| 5. | ECast Settlement Corp | Unsecured | 1,385.00 | 393.85 |
| 6. | Marshall Field & Company | Unsecured | 541.10 | 143.02 |
| 7. | Wells Fargo Financial | Unsecured | 516.42 | 136.51 |
| 8. | ECast Settlement Corp | Unsecured | 2,745.65 | 780.77 |
| 9. | Resurgent Capital Services | Unsecured | 2,212.05 | 629.04 |
| 10. | Resurgent Capital Services | Unsecured | 1,261.20 | 358.67 |
| 11. | Ford Motor Credit Corporation | Unsecured | 2,412.98 | 686.18 |
| 12. | Resurgent Capital Services | Unsecured | 458.91 | 121.32 |
| 13. | Resurgent Capital Services | Unsecured | 832.72 | 236.79 |
| 14. | Resurgent Capital Services | Unsecured | 4,210.96 | 1,197.41 |
| 15. | CB USA | Unsecured |  | No Claim Filed |
| 16. | GEMB | Unsecured |  | No Claim Filed |
|  |  |  | $ 23,486.64 | $ 8,254.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 96.90 |
| 5% | 145.91 |
| 4.8% | 129.59 |
| 5.4% | 71.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Rials, Bobbie J | Case Number:  05 B 43084 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/25/08 | Filed:  10/3/05 |

_____
$ 443.59

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

